[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 24, 2011
JOHN LEY
CLERK

No. 11-10304
Non-Argument Calendar
_____

D.C. Docket No. 3:10-cr-00130-MMH-TEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IAN SEAN GORDON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 24, 2011)

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Paul Shorstein, appointed counsel for Ian Sean Gordon in this direct

criminal appeal, has filed a motion to withdraw from further representation of the

appellant, because counsel believes that the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED**, and Gordon's conviction and sentence are **AFFIRMED**.